**CRIMINAL COMPLAINT**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Randolph ALVAREZ-BALTAZAR**; DOB: 1968; U.S. Citizen<br>**Julio BALTAZAR**; DOB: 1977; U.S. Citizen<br>**Jose Aurelio FLORES-SALAS**; DOB: 1990; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>10-03604M |

FILED ___ LODGED
RECEIVED ___ COPY
JUN 29 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY: _____ DEPUTY

Complaint for violation of Title 21 United States Code § 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about June 29, 2010, at or near Three Points, in the District of Arizona, **Randolph ALVAREZ-BALTAZAR, Julio BALTAZAR** and **Jose Aurelio FLORES-SALAS**, named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate and agree with other persons to possess with intent to distribute less than 50 kilograms of marijuana, that is, approximately 46.17 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about June 29, 2010, a border patrol agent investigated suspicious activity when he saw **Randolph ALVAREZ-BALTAZAR** stop his vehicle behind a closed store and several people got out of the vehicle. Law enforcement conducted an investigation and located **Julio BALTAZAR** and **Jose Aurelio FLORES-SALAS** nearby with two bundles of marijuana. A canine on duty alerted to the tailgate of the vehicle which **Randolph ALVAREZ-BALTAZAR** had been driving. **FLORES-SALAS** subsequently admitted that he had been smuggling the marijuana with a group of people. He was picked up by **Randolph ALVAREZ-BALTAZAR** who helped load the marijuana into the vehicle. **FLORES-SALAS** also explained that **Julio BALTAZAR** was going to help guide them around the border patrol checkpoint to avoid detection. The marijuana seized was about 46.17 kilograms.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Marlowe/cld _[signature]_<br>AUTHORIZED BY: AUSA | SIGNATURE OF COMPLAINANT<br>_[signature]_<br>OFFICIAL TITLE  Special Agent, Drug Enforcement Administration |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>_[signature]_ | DATE<br>June 29, 2010 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54